1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

19

20 | NEIL LEVITT, Individually and on behalf of all others similarly situated,

Case No. 2:23-cv-1892-ART-NJK
**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

21

Plaintiff,

22

v.

**(FIRST REQUEST)**

23

NORTHWELL HEALTH, INC. and PERRY JOHNSON & ASSOCIATES, INC.,

24

25

Defendants.

26

27        Plaintiff Neil Levitt, individually and on behalf of all others similarly situated, ("Plaintiff")

28   and Defendant Northwell Health, Inc. ("Northwell") stipulate and respectfully request under Local

1  Rule IA 6 that this Court extend the time for Northwell to respond to Plaintiff's complaint in the
2  above-captioned action (the "Complaint") until **January 29, 2024**.

3  　　　　Plaintiff filed the Complaint on November 16, 2023 and served on Northwell on November
4  27, 2023.  Northwell's response is currently due by December 18, 2023.

5  　　　　Northwell requires this extension to evaluate the complex allegations and causes of action
6  raised in the Complaint, evaluate the merits of each claim, understand the complexities of
7  discovery, speak with plaintiff and co-defendant counsel in each case, and consider options for
8  consolidation or transfer in order to preserve judicial economy.  Northwell also requests this
9  additional time to evaluate the numerous putative class action complaints that have been filed
10  against Northwell in Federal and State courts—including ten actions in this District alone—
11  concerning the facts and circumstances that gave rise to the Complaint.  A list of these related cases
12  is included as Appendix A.[1]

13  　　　　This is the first request for extension of time for this deadline.  The parties respectfully
14  submit that there is good cause for this extension and the requested extension is not for the
15  purpose of delay.

16
17
18
19
20  ///
21  ///
22

23  [1] Northwell also notes that several additional putative class action complaints have been filed against co-defendant
Perry Johnson & Associates, Inc. ("PJ&A") in Federal and State courts.  *See Carter v. Cook County Health and Perry
24  Johnson & Associates, Inc.*, No. 2:23-cv-1866 (D. Nev. filed Nov. 13, 2023); *Kurtev et al. v. Cook County Health &
Hospitals System and Perry Johnson & Associates, Inc.*, No. 2:23-cv-1905 (D. Nev. filed Nov. 17, 2023); *Belov et al.
25  v. Perry Johnson & Associates, Inc.*, No. 2:23-cv-1925 (D. Nev. filed Nov. 20, 223); *Colon et al. v. Perry Johnson &
Associates, Inc.*, No. 2:23-cv-1910 (D. Nev. filed Nov. 20, 2023); *Davis v. Perry Johnson & Associates, Inc.*, No. 2:23-
26  cv-1932 (D. Nev. filed Nov. 21, 2023); *O'Neill et al. v. Perry Johnson & Associates, Inc. and County of Cook, Illinois*,
No. 2:23-cv-1964 (D. Nev. filed Nov. 28, 2023); *Sept et al. v. Perry Johnson & Associates, Inc.,* No. 2:23-cv-01983
27  (D. Nev. filed Nov. 30, 2023); *Kimber v. Cook County Health & Hospital System and Perry Johnson & Associates,
Inc.*, No. 2023CH09293 (Ill. Cir. Ct., Cook County filed Nov. 7, 2023); and *Martin v. Cook County Health & Hospital
28  System and Perry Johnson & Associates, Inc.*, No. 2023CH09558 (Ill. Cir. Ct., Cook County filed Nov. 21, 2023).
Northwell has not been named as a defendant in any of these complaints.

IT IS SO STIPULATED.

Dated: December 6, 2023.

Dated: December 6, 2023.

SNELL & WILMER

STRANCH, JENNINGS
& GARVEY, LLC

By: ___/s/ Aleem A. Dhalla___
    Alex L. Fugazzi (NV Bar #9022)
    Aleem A. Dhalla (NV Bar #14188)
    3883 Howard Hughes Parkway, Ste 1100
    Las Vegas, NV 89169-5958
    Telephone: (702) 784-5200
    afugazzi@swlaw.com
    Adhalla@swlaw.com

    William L. Roberts*
    Kathryn E. Caldwell*
    Andrew B. Cashmore*
    ROPES & GRAY LLP
    Prudential Tower
    800 Boylston Street
    Boston, Massachusetts 02199-3600
    Phone: (617) 951-7000
    Fax: (617) 951-7050
    william.roberts@ropesgray.com
    kathryn.caldwell@ropesgray.com
    andrew.cashmore@ropesgray.com

    Glen J. Dalakian II*
    ROPES & GRAY LLP
    1211 Avenue of the Americas
    New York, New York 10036-8704
    Phone: (212) 596-9000
    Fax: (212) 596-9090
    glen.dalakian@ropesgray.com

*Counsel for Defendant Northwell
Health, Inc.*
*pro hac vice forthcoming*

By: /s/ Nathan R. Ring___
    Nathan R. Ring, Esq.
    2100 W. Charleston Boulevard, Suite 208
    Las Vegas, NV 89102
    nring@stranchlaw.com

    Jeff Ostrow (*Pro Hac Vice*)
    Ken Grunfeld (*Pro Hac Vice*)
    KOPELOWITZ OSTROW P.A.
    One West Las Olas Blvd., Suite 500
    Fort Lauderdale, Florida 33301
    Telephone: 954-525-4100
    ostrow@kolawyers.com
    grunfeld@kolawyers.com

*Counsel for Plaintiff and Putative Class*

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED. Northwell Health, Inc. shall have up to and including **January 29, 2024** to respond to Plaintiff's complaint.

**IT IS SO ORDERED**.

DATED: ___December 7___, 2023.

_____
Nancy J. Koppe
United States Magistrate Judge

- 3 -