UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEIL LEVITT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PERRY JOHNSON & ASSOCIATES, INC.<br><br>and<br><br>NORTHWELL HEALTH, INC.,<br><br>*Defendants*. | CASE NO.: 2:23-cv-01892<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS PERRY JOHNSON & ASSOCIATES, INC. AND NORTHWELL HEALTH, INC. TO RESPOND TO PLAINTIFF NEIL LEVITT'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Neil Levitt, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendants Perry Johnson & Associates, Inc. ("PJ&A") and Northwell Health, Inc. ("Northwell" and, collectively with PJ&A, "Defendants") stipulate and respectfully request under Local Rule IA 6 that this Court extend the time for Defendants to respond to Plaintiff's complaint in the above-captioned action (the "Complaint") until **March 1, 2024**.

Plaintiff filed the Complaint on November 16, 2023 and served Northwell on November 27, 2023 and PJ&A on November 21, 2023, respectively.

On December 8, 2023, Plaintiff filed a Motion for Transfer of Actions to United States District Court for the District of Nevada for Coordinated or Consolidated Pretrial Proceedings

1

Pursuant to 28 U.S.C. § 1407 (the "Motion") in the Judicial Panel on Multidistrict Litigation ("JPML"). *See In re Perry Johnson & Associates Medical Transcription Data Security Breach Litigation*, Case MDL No. 3096, ECF No. 1 (December 8, 2023). The motion directly concerns the potential consolidation and transfer of at least forty-five related putative class action complaints. The JPML heard oral arguments on the Motion on January 25, 2024.

Defendants' individual responses are currently due by January 29, 2024.

This extension is necessary to allow the JPML sufficient time to evaluate the various related actions, twenty-one of which have been filed in this District alone. A list of these related actions is included as Appendix A. As nearly every party—including Plaintiff and Defendants—has agreed that centralization is proper, the primary question for the JPML is *where* to centralize the cases, not *whether* to centralize them.

Plaintiff and the Defendants consent to this request. This is the second request for extension of time for this deadline. The parties respectfully submit that there is good cause for this extension and the requested extension is not for the purpose of delay.

/ / /

/ / /

IT IS SO STIPULATED.

**IT IS SO ORDERED.**
Dated: January 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

| | |
|---|---|
| Dated: January 26, 2024. | Dated: January 26, 2024. |
| SNELL & WILMER LLP | STRANCH, JENNINGS & GARVEY, PLLC |
| By: /s/ Alex L. Fugazzi<br>Alex L. Fugazzi (NV Bar #9022)<br>Aleem A. Dhalla (NV Bar #14188)<br>3883 Howard Hughes Parkway, Ste 1100<br>Las Vegas, NV 89169-5958<br>Telephone: (702) 784-5200<br>afugazzi@swlaw.com<br>Adhalla@swlaw.com | By: /s/ Nathan R. Ring<br>Nathan R. Ring (NV Bar #12078)<br>3100 W. Charleston Blvd, Suite 208<br>Las Vegas, NV 89102<br>Phone: (725) 235-9750<br>nring@stranchlaw.com |
| William L. Roberts*<br>Kathryn E. Caldwell*<br>Andrew B. Cashmore*<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199-3600<br>Phone: (617) 951-7000<br>Fax: (617) 951-7050<br>william.roberts@ropesgray.com<br>kathryn.caldwell@ropesgray.com<br>andrew.cashmore@ropesgray.com | Jeff Ostrow (*Pro Hac Vice*)<br>Ken Grunfeld (*Pro Hac Vice*)<br>KOPELOWITZ OSTROW P.A.<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 525-4100<br>ostrow@kolawyers.com<br>grunfeld@kolawyers.com<br><br>*Counsel for Plaintiff and Putative Class* |
| Glen J. Dalakian II*<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>Phone: (212) 596-9000<br>Fax: (212) 596-9090<br>glen.dalakian@ropesgray.com | Dated: January 26, 2024.<br><br>COZEN O'CONNOR<br><br>By: /s/ Jonathan A. Rich<br>Jonathan A. Rich (NV Bar #15312)<br>500 North Rainbow Blvd., Suite 300<br>Las Vegas, NV 89107<br>Phone: (702) 470-2324<br>Fax: (702) 470-2359<br>jarich@cozen.com |
| *Counsel for Defendant Northwell Health, Inc.*<br>**pro hac vice forthcoming* | *Counsel for Defendant Perry Johnson & Associates, Inc.* |